[No. 14198-5-III.     Division Three.   May 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS RUSKA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50008-1, Carolyn A. Brown, J., entered July 5, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 14202-7-III.     Division Three.   May 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE LYNNE WALLINGFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-01157-2, Richard J. Schroeder, J., entered July 21, 1994. *Reversed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 14463-1-III.     Division Three.   May 23, 1996.]

DORIS DUNBAR, ET AL., *Appellants*, v. THE CITY OF MOSES LAKE, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 87-2-00020-2, Evan E. Sperline J., entered September 27, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 17506-1-II.     Division Two.   May 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CLARENCE STALEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-00511-3, Roger A. Bennett, J., entered September 1, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.